UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELVIN SMITH                                    CIVIL ACTION

VERSUS                                          NO:     06-3294

MICHAEL J. ASTRUE,                              SECTION: "J" (4)
COMMISSIONER OF SOCIAL SECURITY

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the that the ALJ's decision denying Melvin Smith's claim for Supplemental Security Income Benefits is **AFFIRMED**.

New Orleans, Louisiana, this 27th day of September, 2007

_____
UNITED STATES DISTRICT JUDGE